

# 353RD DISTRICT COURT

**TIM SULAK**
Judge
(512) 854-9380

**MEGAN HONEY**
Staff Attorney
(512) 854-4281

**PAM SEGER**
Court Operations Officer
(512) 854-9179

TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-9332

**ELIZABETH GARCIA**
Court Clerk
(512) 854-9457

**RHONDA WATSON**
Official Court Reporter
(512) 854-9356

June 2, 2015

Mr. Chris Knowles
Deputy Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:     Court of Appeals Number:  03-15-00129-CV
        Trial Court Cause Number:  D-1-FM-13-005135

Style:  Devina de Guzman Roche Fox
        v. Kenneth Fox

Dear Mr. Knowles:

Please be advised that payment has not been received by me for the reporter's record taken in the above-referenced matter.

Thank you for your kind attention.

Sincerely,

/s/ Rhonda Watson

Rhonda Watson
Official Court Reporter